*Per Curiam* opinion for reversal and new trial.
All concur, except TRACY, J., absent.
Judgment reversed.

---

THERESE SCHULTZ, Respondent, *v.* THEODOR SCHULTZ, Appellant.

(Argued May 30, 1882; decided October 10, 1882.)

*Schultz* v. *Schultz* (27 Hun, 26), reversed.

THIS was an appeal from an order of General Term affirming an order of Special Term, which denied a motion to vacate an order of arrest herein.

The action was by a wife against her husband to recover damages for assault and battery.

*Benno Loewy* for appellant.

*L. Ansbacher* for respondent.

Agree to reverse order and to dismiss complaint. No opinion.
All concur, except DANFORTH, J., who reads for affirmance, and FINCH, J., who concurs therein.
Ordered accordingly.

---

JOHN THORNTON et al., Appellants, *v.* ROBERT CROWLEY, Respondent.

(Argued June 5, 1882; decided October 10, 1882.)

*Douglas Campbell* for appellants.

*Charles W. Sloane* for respondent.

Agree to affirm. No opinion.
All concur, except MILLER, J., absent.
Judgment affirmed.